IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON WILLIAMS,  :  <br>  :  CIVIL ACTION <br>        Plaintiff,  : <br>  : <br>      v.  : <br>  :  NO. 10-0744 <br> WYETH, INC., et al.,  : <br>  : <br>        Defendants.  : | |

## ORDER

**AND NOW**, this *18th* day of *July*, 2013, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 41), Plaintiff's Response in Opposition (Docket No. 44), and Defendants' Reply Brief (Docket No. 45), it is hereby **ORDERED** that Defendants' Motion is **GRANTED.**

**JUDGMENT IS ENTERED** in favor of Defendants on the entirety of the Complaint. This case is now **CLOSED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.