# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON WILLIAMS | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : NO. 10-0744 |
| WYETH, INC., et al., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this *18th* day of *July*, 2013, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 41), Plaintiff's Response in Opposition (Docket No. 44), and Defendants' Reply Brief (Docket No. 45), it is hereby **ORDERED** that Defendants' Motion is **GRANTED.**

**JUDGMENT IS ENTERED** in favor of Defendants on the entirety of the Complaint. This case is now **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.